UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMAR LIVINGSTON WILLIAMS,

    Plaintiff,

v.                                 Case No.  5:24-cv-208-MCR-MJF

AARON MARTINEZ,

    Defendant.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on December 15, 2025, ECF No. 32. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation, ECF No. 32, is adopted and incorporated by reference into this Order.

2.    Defendant's motion to dismiss, ECF No. 29, is **DENIED**.

3.    This case is **RETURNED** to the magistrate judge for further pretrial proceedings.

1

**DONE AND ORDERED** this 1st day of May 2026.


*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**